# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| UNIMEX CORPORATION, | ) | No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF UNIMEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 22-01058-BFK |
| | ) | |
| WEIWEI JIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER APPROVING DISCOVERY PLAN, EXTENDING ANSWER AND DISCOVERY DEADLINES AND CONTINUING FINAL PRE-TRIAL CONFERENCE**

UPON CONSIDERATION of the joint motion to approve discovery plan, extend answer and discovery deadlines and continue final pre-trial conference ("Motion") filed by the parties hereto; for good cause shown:

IT IS HEREBY ORDERED:

1. The Motion is Granted as provided herein.

2. The deadline for the Defendant to answer or otherwise respond to the Complaint is extended to January 13, 2023.

3. Initial disclosures required by Fed R. Civ. P. 26(a)(1) shall be exchanged no later than January 30, 2023.

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
Counsel to the Plan Trustee

4. Expert witness disclosures required by Fed. R. Civ. P. 26(a)(2) shall be exchanged no later than May 5, 2023. Rebuttal expert disclosures shall be exchanged no later than May 21, 2023.

5. Discovery may be commenced at any time following service of the summons. All discovery shall be concluded no later than May 21, 2023, and shall be initiated by such date as will allow the full period for response permitted by the Federal Rules of Civil Procedure, unless such period is reduced by the Court or by stipulation of the parties. Notwithstanding the foregoing, expert depositions may be held at any time prior to the final pre-trial conference.

6. A final pre-trial conference shall be held on **June 5, 2023 at 9:30 a.m.**, at which hearing a trial date will be set. Disclosure of trial witnesses and exhibits shall be made within seven (7) days following the date of the final pre-trial conference. The witness list and the original and two copies of the exhibits – each properly bound, indexed and tabbed – must be filed with the Court within seven (7) days following the final pretrial conference. The Plaintiff shall number her exhibits. The Defendant shall letter its exhibits. The pages of each exhibit shall be numbered.

7. Any motions for summary judgment must be filed on or before June 2, 2023 and noticed for hearing.

8. The foregoing schedule may be modified by further order of the Court for good cause shown.

Dated:  Jan 10 2023                                         /s/ Brian F Kenney
                                                            United States Bankruptcy Judge

                                                            Entered On Docket: Jan 11 2023

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:  /s/ Dylan G. Trache
     Dylan G. Trache, Va. Bar No. 45939

*Counsel to Jolene E. Wee, Plan Trustee*
SEEN AND AGREED:

 /s/ Robert M. Marino (by DGT with authority)
Robert M. Marino, Va. Bar No. 26076
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314
Telephone:  (703) 684-2000
Email: rmmarino@rpb-law.com

*Counsel to the Defendant*

CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: ENDORSEMENT

I HEREBY CERTIFY that the foregoing order has been endorsed by all necessary parties.

 /s/ Dylan G. Trache
Dylan G. Trache

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Robert M. Marino
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314

4888-9477-9973