**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| In re: | ) | **Case No. 20-12535-BFK** |
| **Unimex Corporation,** | ) | **Chapter 11** |
| Debtor. | ) | |
|  | ) | |
|  | ) | |
| **Jolene E. Wee, Plan Trustee of Unimex** | ) | |
| **Corporation,** | ) | |
| Plaintiff, | ) | |
| **v.** | ) | **Adv. Proc. No. 22-01058-BFK** |
|  | ) | |
| **Weiwei Jian,** | ) | |
| Defendant. | ) | |
|  | ) | |

**ORDER GRANTING ROBERT M. MARINO, ESQ. AND THE**
**LAW FIRM OF REDMON PEYTON & BRASWELL, LLP**
**LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDNAT**

THIS MATTER came on before the Court upon the unopposed *Motion for Leave to Withdraw as Counsel for Defendant* (Docket Entry No. 22) (the "Motion"), filed by Robert M. Marino, Esq., and the law firm of Redmon Peyton & Braswell, LLP (collectively, "Original Counsel"), seeking leave to withdraw as counsel of record for Weiwei Jian ("Jian"), the defendant in the above-captioned adversary proceeding; and it

APPEARING TO THE COURT that Jian has consensually terminated Original Counsel and has engaged Maurice B. VerStandig, Esq. and The Belmont Firm ("Replacement Counsel") as replacement counsel to represent him in the above-captioned adversary proceeding; and it

FURTHER APPEARING TO THE COURT that good cause exists to grant the *Motion* and permit Original Counsel to withdraw, because the Debtor has hired Replacement Counsel in this case and Replacement Counsel has entered its appearance herein; that proper notice of the Motion has been provided

Robert M. Marino, Esq.   VBN  26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax:  703-684-5109
Email: rmmarino@rpb-law.com

to Jian and Replacement Counsel; and that no objection have been filed with respect to the *Motion*; it is

therefore

ORDERED that the *Motion* is hereby GRANTED; and that Original Counsel is hereby authorized

to withdraw from representing Jian in this Adversary Proceeding, effective on April 2, 2023.

Dated:   May 30 2023                    /s/ Brian F Kenney
                                        _____
                                        The Honorable Brian F. Kenney
                                        United States Bankruptcy Judge

I Ask for This:                         Entered On Docket: May 30 2023
/s/ Robert M. Marino
_____
Robert M. Marino, Esq.    VSB #26076
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143
Phone: 703-879-2676 (Direct)
Facsimile: 703-684-5109
Email:   rmmarino@rpb-law.com
*Original Counsel for Weiwei Jian*

**CERTIFICATION OF ENDORSEMENT BY ALL NECESSARY PARTIES**
I hereby certify that the foregoing order has been endorsed by all necessary parties.
                         /s/ Robert M. Marino
                         _____
                         Robert M. Marino

Copies to:

Robert M. Marino. Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143

Maurice B. VerStandig, Esq.
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

Weiwei Jian
20904 Butterwood Falls Terrace
Sterling, Virginia 20165

Dylan G. Trache, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001