**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| _____ | ) | |
| In re: | ) | **Case No. 20-12535-BFK** |
| **Unimex Corporation,** | ) | **Chapter 11** |
| Debtor. | ) | |
| _____ | ) | |
|  | ) | |
| **Jolene E. Wee, Plan Trustee of Unimex** | ) | |
| **Corporation,** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Adv. Proc. No. 22-01058-BFK** |
|  | ) | |
| **Weiwei Jian,** | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING ROBERT M. MARINO, ESQ. AND THE**
**LAW FIRM OF REDMON PEYTON & BRASWELL, LLP**
**LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDNAT**

THIS MATTER came on before the Court upon the unopposed _Motion for Leave to Withdraw as Counsel for Defendant_ (Docket Entry No. 22) (the "Motion"), filed by Robert M. Marino, Esq., and the law firm of Redmon Peyton & Braswell, LLP (collectively, "Original Counsel"), seeking leave to withdraw as counsel of record for Weiwei Jian ("Jian"), the defendant in the above-captioned adversary proceeding; and it

APPEARING TO THE COURT that Jian has consensually terminated Original Counsel and has engaged Maurice B. VerStandig, Esq. and The Belmont Firm ("Replacement Counsel") as replacement counsel to represent him in the above-captioned adversary proceeding; and it

FURTHER APPEARING TO THE COURT that good cause exists to grant the _Motion_ and permit Original Counsel to withdraw, because the Debtor has hired Replacement Counsel in this case and Replacement Counsel has entered its appearance herein; that proper notice of the Motion has been provided

Robert M. Marino, Esq.   VBN  26076
Redmon Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 879-2676 (Direct)
Fax:   703-684-5109
Email: rmmarino@rpb-law.com

to Jian and Replacement Counsel; and that no objection have been filed with respect to the *Motion*; it is

therefore

ORDERED that the *Motion* is hereby GRANTED; and that Original Counsel is hereby authorized

to withdraw from representing Jian in this Adversary Proceeding, effective on April 2, 2023.

Dated: May 30 2023

/s/ Brian F Kenney

The Honorable Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: May 30 2023

I Ask for This:
/s/ Robert M. Marino
Robert M. Marino, Esq.    VSB #26076
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143
Phone: 703-879-2676 (Direct)
Facsimile: 703-684-5109
Email:   rmmarino@rpb-law.com
*Original Counsel for Weiwei Jian*

**CERTIFICATION OF ENDORSEMENT BY ALL NECESSARY PARTIES**
I hereby certify that the foregoing order has been endorsed by all necessary parties.
/s/ Robert M. Marino
Robert M. Marino

Copies to:

Robert M. Marino, Esq.
Redmon, Peyton & Braswell, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314-3143

Maurice B. VerStandig, Esq.
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

Weiwei Jian
20904 Butterwood Falls Terrace
Sterling, Virginia 20165

Dylan G. Trache, Esq.
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

2

United States Bankruptcy Court

Eastern District of Virginia

Jolene E. Wee, Plan Trustee of Unimex Co,

    Plaintiff

Adv. Proc. No. 22-01058-BFK

Jian,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Weiwei Jian, 20904 Butterwood Falls Terrace, Sterling, VA 20165-2401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Robert M. Marino, Redmon Peyton & Braswell, LLP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dylan G. Trache | on behalf of Plaintiff Jolene E. Wee  Plan Trustee of Unimex Corporation dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Maurice Belmont VerStandig | on behalf of Defendant Weiwei Jian mac@mbvesq.com  lisa@mbvesq.com |
| Robert M. Marino | on behalf of Attorney Robert M. Marino rmmarino@rpb-law.com  rmmarino1@aol.com |
| Robert M. Marino | on behalf of Attorney Redmon Peyton & Braswell  LLP rmmarino@rpb-law.com, rmmarino1@aol.com |

District/off: 0422-9                                   User:                                              Page 2 of 2
Date Rcvd: May 30, 2023                    Form ID: pdford9                          Total Noticed: 1

Robert M. Marino
                    on behalf of Defendant Weiwei Jian rmmarino@rpb-law.com  rmmarino1@aol.com

TOTAL: 5