**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNIMEX CORPORATION, | ) | Case No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |
| JOLENE E. WEE, | ) | |
| TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 22-01058-BFK |
| WEIWEI JIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR MEDIATION**

On June 5, 2023, this matter came before the Court on a Joint Motion to Appoint a Judicial

Settlement Officer (Docket No. 31). For the reasons stated on the record, it is

**ORDERED**:

1.    The Honorable Keith L. Phillips is appointed as Mediator for the mediation of the

claims.

2.    Judge Phillips will please contact counsel for the parties to schedule the mediation.

3.    The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry,

to the parties below.

Date: Jun 6 2023                              /s/ Brian F Kenney
_____              _____
                                        The Honorable Brian F. Kenney
Alexandria, Virginia                    United States Bankruptcy Judge

                                        Entered On Docket: Jun 6 2023

1

Copies to:

Jolene E. Wee, Esq.
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
*Plaintiff/Trustee*

Dylan G. Trache, Esq.
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
*Counsel for Trustee*

Weiwei Jian
20904 Butterwood Falls Terrace
Sterling, VA 20165

Maurice Belmont VerStandig, Esq.
9812 Falls Roads, #114-160
Potomac, MD 20854

The Honorable Keith L. Phillips