**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNIMEX CORPORATION, | ) | Case No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| JOLENE E. WEE, | ) | |
| TRUSTEE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 22-01058-BFK |
| WEIWEI JIAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR MEDIATION**

On June 5, 2023, this matter came before the Court on a Joint Motion to Appoint a Judicial Settlement Officer (Docket No. 31). For the reasons stated on the record, it is

**ORDERED**:

1. The Honorable Keith L. Phillips is appointed as Mediator for the mediation of the claims.

2. Judge Phillips will please contact counsel for the parties to schedule the mediation.

3. The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the parties below.

Date: Jun 6 2023

Alexandria, Virginia

/s/ Brian F Kenney
The Honorable Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Jun 6 2023

Copies to:

Jolene E. Wee, Esq.
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
*Plaintiff/Trustee*

Dylan G. Trache, Esq.
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
*Counsel for Trustee*

Weiwei Jian
20904 Butterwood Falls Terrace
Sterling, VA 20165

Maurice Belmont VerStandig, Esq.
9812 Falls Roads, #114-160
Potomac, MD 20854

The Honorable Keith L. Phillips

United States Bankruptcy Court
Eastern District of Virginia

Jolene E. Wee, Plan Trustee of Unimex Co,
Plaintiff

Adv. Proc. No. 22-01058-BFK

Jian,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: Page 1 of 1
Date Rcvd: Jun 06, 2023 Form ID: pdford9 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Weiwei Jian, 20904 Butterwood Falls Terrace, Sterling, VA 20165-2401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Jolene E. Wee, Plan Trustee of Unimex Corporation |
| md | | Keith L. Phillips |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dylan G. Trache | on behalf of Plaintiff Jolene E. Wee Plan Trustee of Unimex Corporation dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Maurice Belmont VerStandig | on behalf of Defendant Weiwei Jian mac@mbvesq.com lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com |

TOTAL: 2