**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNIMEX CORPORATION, | ) | Case No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| JOLENE E. WEE, | ) | |
| PLAN TRUSTEE OF | ) | |
| UNIMEX CORPORATION | ) | Adversary Proceeding |
| | ) | No. 22-01058-BFK |
| Plaintiff, | ) | |
| V. | ) | |
| WEIWEI JIAN, | ) | |
| Defendant. | ) | |

**ORDER SETTING TRIAL**

The Court held a Final Pre-Trial Conference on Monday, September 11, 2023. Docket No. 1. Dylan G. Trache, Counsel for Plaintiff, and Maurice B. VerStandig, Counsel for Defendant, appeared for the hearing. For the reasons stated on the record, it is

**ORDERED:**

1. A two-day trial is set for **Thursday, December 14 and 15, 2023, at 9:30 A.M.**

2. The parties shall file and exchange their final Witness Lists and Exhibits by **Friday, November 17, 2023, at 5:00 P.M.**

3. Objections to the Exhibits, if any, must be filed by **Friday, December 1, 2023, at 5:00 P.M.,** otherwise the exhibits will stand as admitted into evidence.

1

4. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Sep 11 2023

Alexandria, Virginia

/s/ Brian F Kenney

The Honorable Brian F. Kenney
United States Bankruptcy Judge

<u>Copies to</u>:

Entered On Docket: Sep 12 2023

Dylan G. Trache
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001
*Counsel for Plaintiff*

Maurice Belmont VerStandig
9812 Falls Roads, #114-160
Potomac, MD 20854
*Counsel for Defendant*

Weiwei Juan
20904 Butterwood Falls Terrace
Sterling, VA 20165
*Defendant*

2