**22UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

Unimex Corporation,                                  Chapter 11
                                                     Case No. 20-12535-BFK

    Debtor.

---

Jolene E. Wee, Plan Trustee of Unimex Corporation,

    Plaintiff,

v.                                                   Adv. Case No.:  22-01058-BFK

Weiwei Jian,

    Defendant.

**REPORT OF MEDIATOR**

A settlement conference was held in the above case on July 27, 2023.  As a result of this conference:

1. ___ This case was settled.

2. ___ Additional mediation will take place in this Case during the next two weeks, after which this form will be updated and resubmitted.

3. _X_ This case was not settled, and it is my opinion that:

    (a) ___ The next step should be a Court-conducted status conference.

    (b) ___ The next step should be a Court-conducted settlement conference.

    (c) _X_ This case should proceed in normal course.

4. ___ Counsel for the parties and the parties have authorized the mediator to supplement this mediation report by stating the following:

Date: October 3, 2023                                /s/ Keith L. Phillips
                                                        Keith L. Phillips
                                                        United States Bankruptcy Judge and Mediator

**Copies to:**

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Roads, #114-160
Potomac, MD 20854