**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| UNIMEX CORPORATION, ) | No. 20-12535-BFK |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF ) | |
| UNIMEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 22-01058-BFK |
| ) | |
| WEIWEI JIAN, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION TO CONTINUE TRIAL AND NOTICE OF HEARING**

PLEASE TAKE NOTICE that Jolene E. Wee, the Plan Trustee ("Trustee") for Unimex Corporation, has filed a Motion to Continue Trial ("Motion").

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THE MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THE MOTION IS SCHEDULED FOR OCTOBER 31, 2023 AT 9:30 A.M. IN COURTROOM I OF THE UNITED STATES BANKRUPTCY COURT, 200 SOUTH WASHINGTON STREET, ALEXANDRIA, VIRGINIA 22314.**

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Plan Trustee*

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: October 7, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOLENE E. WEE, PLAN TRUSTEE

　　　　　　　　　　　　　　　　　　　　By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com

By:　　/s/ Dylan G. Trache
　　　　Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Plan Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of October, 2023, a copy of the foregoing Notice was delivered by CM/ECF to:

　　　　Maurice B. VerStandig
　　　　The Belmont Firm
　　　　1050 Connecticut Avenue, NW, Suite 500
　　　　Washington, DC 20036

　　　　　　　　　　　　　　　　　　　　/s/ Dylan G. Trache
　　　　　　　　　　　　　　　　　　　　Dylan G. Trache

2

4886-1087-6035