**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| UNIMEX CORPORATION, ) | No. 20-12535-BFK |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF ) | |
| UNIMEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Adversary Proceeding No. 22-01058-BFK |
| ) | |
| WEIWEI JIAN, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO MOTION TO CONTINUE TRIAL**

Come now Weiwei Jian ("Mr. Jian" or the "Defendant"), by and through undersigned counsel, in response to the Motion to Continue Trial (the "Motion," as found at DE #44) filed by Jolene Wee ("Ms. Wee"), and states as follows:

Mr. Jian has no objection to the trial of this matter being continued so Ms. Wee may be present. Mr. Jian is due to leave the country on or about January 18, 2024, however, and would accordingly suggest a trial date before then. Undersigned counsel has no conflicts between January 2, 2024 and January 18, 2024, except for the potential of a jury trial in Nevada. It is not reasonably believed that jury trial will occur when scheduled (for myriad colorful reasons not relevant to this case) and, if it does occur, it is strongly suspected the Nevada court (which is yet to set a firm date) would be able to accommodate any trial first scheduled by this Honorable Court.

2

WHEREFORE, Mr. Jian respectfully prays this Honorable Court (i) grant the Motion; and (ii) reset the trial herein for a date certain between January 2, 2024 and January 18, 2024.

Respectfully submitted,

Dated: October 30, 2023   /s/ Maurice B. VerStandig, Esq.
Maurice B. VerStandig, Esq.
Bar No.: 81556
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
mac@dcbankruptcy.com
*Counsel for Weiwei Jian*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with a copy to:

Dylan G. Trache, Esq.
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Phone: (202) 689-2800
E-mail: Dylan.trache@nelsonmullins.com
*Counsel to Jolene E. Wee, Subchapter V Plan Trustee*

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

2