**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNIMEX CORPORATION, | ) | Case No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOLENE E. WEE, | ) | |
| PLAN TRUSTEE OF UNIMEX | ) | |
| CORPORATION, | ) | Adversary Proceeding |
| | ) | No. 22-01058-BFK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WEIWEI JIAN, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER CONTINUING TRIAL**

The Court has before it Plaintiff's Motion to Continue Trial. Docket No. 44. Jolene E. Wee, Plaintiff, and Dylan G. Trache, counsel for Plaintiff, appeared for the hearing. For the reasons stated on the record, it is

    **ORDERED:**

    A.    Plaintiff's Motion to Continue Trial (Docket No. 44) is granted.

    B.    The trial is now set for **Thursday, January 4 and Friday, January 5, 2024, at 9:30 A.M.**

    C.    The parties must file and exchange their final Witness Lists and Exhibits by **Friday, December 8, 2023, at 5:00 P.M.**

   D. Objections to exhibits, if any, must be filed by **Monday, December 18, 2023, at 5:00 P.M.**

   E. The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the parties below.

Date: Nov 1 2023

Alexandria, Virginia

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Copies to:

Entered On Docket: Nov 1 2023

Dylan G. Trache
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
*Counsel for Plaintiff*

Maurice Belmont VerStandig
9812 Falls Roads, #114-160
Potomac, MD 20854
*Counsel for Defendant*

Weiwei Juan
20904 Butterwood Falls Terrace
Sterling, VA 20165
*Defendant*