## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| UNIMEX CORPORATION, | ) | Case No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JOLENE E. WEE, | ) | |
| PLAN TRUSTEE OF UNIMEX | ) | |
| CORPORATION, | ) | Adversary Proceeding |
| | ) | No. 22-01058-BFK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WEIWEI JIAN, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

### ORDER CONTINUING TRIAL

The Court has before it Plaintiff's Motion to Continue Trial. Docket No. 44. Jolene E. Wee, Plaintiff, and Dylan G. Trache, counsel for Plaintiff, appeared for the hearing. For the reasons stated on the record, it is

**ORDERED:**

 A. Plaintiff's Motion to Continue Trial (Docket No. 44) is granted.

 B. The trial is now set for **Thursday, January 4 and Friday, January 5, 2024, at 9:30 A.M.**

 C. The parties must file and exchange their final Witness Lists and Exhibits by **Friday, December 8, 2023, at 5:00 P.M.**

      D.      Objections to exhibits, if any, must be filed by **Monday, December 18, 2023, at 5:00 P.M.**

      E.      The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the parties below.

Date: Nov 1 2023

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Alexandria, Virginia

Copies to:

Entered On Docket: Nov 1 2023

Dylan G. Trache
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
*Counsel for Plaintiff*

Maurice Belmont VerStandig
9812 Falls Roads, #114-160
Potomac, MD 20854
*Counsel for Defendant*

Weiwei Juan
20904 Butterwood Falls Terrace
Sterling, VA 20165
*Defendant*

2

United States Bankruptcy Court

Eastern District of Virginia

Jolene E. Wee, Plan Trustee of Unimex Co,
    Plaintiff

Adv. Proc. No. 22-01058-BFK

Jian,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: pdford7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Weiwei Jian, 20904 Butterwood Falls Terrace, Sterling, VA 20165-2401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dylan G. Trache | on behalf of Plaintiff Jolene E. Wee  Plan Trustee of Unimex Corporation dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alexandria.tracy@nelsonmullins.com;mari.cooper@nelsonmullins.com |
| Maurice Belmont VerStandig | on behalf of Defendant Weiwei Jian mac@mbvesq.com  lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com |

TOTAL: 2