**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| UNIMEX CORPORATION, ) | No. 20-12535-BFK |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF ) | |
| UNIMEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 22-01058-BFK |
| ) | |
| WEIWEI JIAN, ) | |
| ) | |
| Defendant. ) | |

**EXHIBIT LIST FOR PLAINTIFF JOLENE E. WEE, PLAN TRUSTEE
OF UNIMEX CORPORATION**

Plaintiff, Jolene E. Wee, Plan Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Unimex Corporation, by counsel, provides the following list of trial exhibits in accordance with the Order Setting Trial entered on September 12, 2023:

| EXHIBIT | IDENTIFIED | ADMITTED | DESCRIPTION | BATES |
|---|---|---|---|---|
| 1. | | | Amended Expert Report of Charles H. Stryker, dated May 19, 2023 | |
| 2. | | | Unimex Corporation Balance Sheet as of January 1, 2016 | Trustee-001414 |
| 3. | | | Unimex Corporation Balance Sheet as of February 1, 2016 | Trustee-001416 |
| 4. | | | Unimex Corporation Balance Sheet as of February 19, 2020 | Trustee-001421 |
| 5. | | | Unimex Corporation Balance Sheet as of February 19, 2020 (3/13/22 Accrual Basis) | Trustee-002241 |
| 6. | | | Unimex Corporation Balance Sheet as of March 31, 2019 (3/31/22 | Trustee-002244 |

|     |     |     |                                                                                  |                    |
| --- | --- | --- | -------------------------------------------------------------------------------- | ------------------ |
|     |     |     | Accrual Basis)                                                                   |                    |
| 7.  |     |     | Unimex Corporation Balance Sheet as of March 1, 2020                             | Trustee-01424      |
| 8.  |     |     | Unimex Corporation Balance Sheet as of March 1, 2020 (3/13/22 Accrual Basis)     | Trustee-002243     |
| 9   |     |     | Unimex Corporation Balance Sheet as of December 1, 2015                          | Trustee-001427     |
| 10. |     |     | Unimex Corporation Balance Sheet as of December 31, 2016                         | Trustee-001768     |
| 11. |     |     | Unimex Corporation Balance Sheet as of December 31, 2017                         | Trustee-001769     |
| 12. |     |     | Unimex Corporation Balance Sheet as of December 31, 2018                         | Trustee-001770     |
| 13. |     |     | Unimex Corporation 2016 Tax Return                                               | Trustee-001434     |
| 14. |     |     | Unimex Corporation 2017 Tax Return                                               | Trustee-001473     |
| 15. |     |     | Unimex Corporation 2018 Tax Return                                               | Trustee-001512     |
| 16. |     |     | Unimex Corporation 2019 Tax Return                                               | Trustee-001564     |
| 17. |     |     | Unimex Corporation 2020 Tax Return                                               | Trustee-002138     |
| 18. |     |     | Unimex Board Resolution dated January 1, 2016                                    | Trustee-002606     |
| 19. |     |     | Information for Unimex Stock Redemption                                          | Trustee-002615     |
| 20. |     |     | Stock Redemption Agreement dated January 1, 2016                                 | Trustee-002769     |
| 21. |     |     | Unimex Stock Certificate dated January 1, 2016                                   | Trustee-002772     |
| 22. |     |     | Wells Fargo Wires on December 27, 2016, January 9, 2017 and February 21, 2017    | Trustee-002773     |
| 23. |     |     | Unimex's Response to Trustee's Inquiry, dated January 14, 2022                   | Trustee-002290     |
| 24. |     |     | Unimex Corporation Cash Flow Statement for Year ending December 31, 2015         | Trustee-001773     |

| | | | | |
|---|---|---|---|---|
| 25. | | | Unimex Corporation Cash Flow Statement for Year ending December 31, 2016 | Trustee-001774 |
| 26. | | | Unimex Corporation Cash Flow Statement for Year ending December 31, 2017 | Trustee-001775 |
| 27. | | | Unimex Corporation Cash Flow Statement for Year ending December 31, 2018 | Trustee-001776 |
| 28. | | | Unimex Corporation Cash Flow Statement for Year ending December 31, 2019 | Trustee-001777 |
| 29. | | | Unimex Corporation Cash Flow Statement for Year ending December 31, 2020 | Trustee-001778 |
| 30. | | | Unimex Corporation Inventory Report – January 12, 2015 | Trustee-001740 |
| 31. | | | Unimex Corporation Inventory Report – January 1, 2016 | Trustee-001741 |
| 32. | | | Unimex Corporation Inventory Report – February 1, 2016 | Trustee-001742 |
| 33. | | | Unimex Corporation Inventory Report – December 31, 2016 | Trustee-001743 |
| 34. | | | Unimex Corporation Inventory Report – January 10, 2017 | Trustee-001744 |
| 35. | | | Unimex Corporation Inventory Report – February 22, 2017 | Trustee-001745 |
| 36. | | | Unimex Corporation Inventory Report – October 22, 2018 | Trustee-001746 |
| 37. | | | Unimex Corporation Inventory Report – December 11, 2018 | Trustee-001747 |
| 38. | | | Unimex Corporation Inventory Report – December 27, 2018 | Trustee-001748 |
| 39. | | | Unimex Corporation Inventory Report – March 31, 2019 | Trustee-001749 |
| 40. | | | Unimex Corporation Inventory Report – February 1, 2020 | Trustee-01750 |
| 41. | | | Unimex Corporation Inventory Report – February 19, 2020 | Trustee-01751 |
| 42. | | | Unimex Corporation Inventory Report – March 1, 2020 | Trustee-01752 |

| | | | | | |
|---|---|---|---|---|---|
| 43. | | | | Deposition Transcript of Weiwei Jian, dated May 11, 2023 | |
| 44. | | | | Invoices for Crypto Currency Mining Machines | Trustee-000195 |
| 45. | | | | Loan Agreement between Lanxin Chen and Unimex Corporation, dated March 3, 2018 | Trustee-002597 |
| 46. | | | | Inventory Report as of December 7, 2022 (S9 Miners) | Trustee-000193 |
| 47. | | | | Inventory Report as of December 7, 2022 (T9 Miners) | Trustee-000194 |
| 48. | | | | Defendant's Responses to Plaintiff's First Interrogatories to Weiwei Jian, dated March 8, 2023 | Trustee-000203 |
| 49. | | | | CoinBase Payout List | Trustee-000001 |
| 50. | | | | CoinBase Transactions | Trustee-000149 |
| 51. | | | | CoinBase Transactions History Report | Trustee-002289 |
| 52. | | | | CoinBase Account Statements | Trustee-000151 |
| 53. | | | | Bitcoin Rewards Score, March 10, 2018 through May 31, 2022 | Trustee-000003 |
| 54. | | | | Energy Bills, March 2018 – June 2018 | Trustee-002464 |
| 55. | | | | Transcript of Unimex Corporation Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code dated December 17, 2020. | |
| 56. | | | | Shareholder Distributions | Trustee-000402 |
| 57. | | | | Email from Mei Wu CPA to Weiwei Jian re Loans to Stockholders, $138,920, sent December 19, 2020 | Trustee-002609 |
| 58. | | | | Profit & Loss Report, January 2015 – December 2020 | Trustee-001785 |
| 59. | | | | Falcon Path, L.L.C. v. Unimex Corporation - Notice of Removal & Complaint for Breach of Contract and Express and Implied Warranties, Violation of the Consumer Protection | Trustee-002788 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Act Fraudulent Inducement and Interference with Actual Contract |  |
| 60. |  |  | Falcon Path L.L.C. vs. Unimex Corporation - Petition/Motion to Confirm Arbitration Award, Post-Award Interest and Entry Judgement | Trustee-002777 |
| 61. |  |  | Falcon Path, L.L.C. v. Unimex Corporation Civil Judgment | Trustee-002776 |
| 62. |  |  | Defendant's Initial Disclosures, dated January 30, 2023 | Trustee-000188 |
| 63. |  |  | Defendant's Responses to Plaintiff's Requests for Admissions to Weiwei Jian, dated March 8, 2023 | Trustee-000228 |
| 64. |  |  | Distributions from Unimex Corporation to Weiwei Jian, dated February 26, 2023 | Trustee-000675 |
| 65. |  |  | Unimex Corporation Amended Plan of Reorganization, filed March 17, 2021 | Trustee-002304 |
| 66. |  |  | Order Confirming Plan, filed April 5, 2021 | Trustee-002328 |
| 67. |  |  | List of Creditors as of January 1, 2016 | Trustee-001432 |
| 68. |  |  | Proof of Claim filed by Falcon Path on January 25, 2021, Claim No. 14 |  |
| 69. |  |  | Bankruptcy Schedules |  |
| 70. |  |  | Unimex Corporation Profit & Loss Statement December 1, 2014 – December 1, 2015 | Trustee-002272 |
| 71. |  |  | Unimex Corporation Profit & Loss Statement January 1, 2015 – January 1, 2016 | Trustee-002263 |
| 72. |  |  | Unimex Corporation Profit & Loss Statement February 1, 2015 – February 1, 2016 | Trustee-002265 |
| 73. |  |  | Unimex Corporation Profit & Loss Statement December 31, 2015 – December 31, 2016 | Trustee-002275 |
| 74. |  |  | Unimex Corporation Profit & Loss Statement January 10, 2016 - January | Trustee-002264 |

| | | | | |
|---|---|---|---|---|
| | | | 10, 2017 | |
| 75. | | | Unimex Corporation Profit & Loss Statement February 22, 2016 – February 22, 2017 | Trustee-002268 |
| 76. | | | Unimex Corporation Profit & Loss Statement October 22, 2017 – October 22, 2018 | Trustee-002271 |
| 77. | | | Unimex Corporation Profit & Loss Statement December 11, 2017 – December 11, 2018 | Trustee-002273 |
| 78. | | | Unimex Corporation Profit & Loss Statement December 27, 2017 – December 27, 2018 | Trustee-002274 |
| 79. | | | Unimex Corporation Profit & Loss Statement March 31, 2018 – March 31, 2019 | Trustee-002270 |
| 80. | | | Unimex Corporation Profit & Loss Statement February 1, 2019 – February 1, 2020 | Trustee-002266 |
| 81. | | | Unimex Corporation Profit & Loss Statement February 19, 2019 – February 19, 2020 | Trustee-002267 |
| 82. | | | Unimex Corporation Profit & Loss Statement March 1, 2019 – March 1, 2020 | Trustee-002269 |

Plaintiff reserves the right to amend, correct or supplement this list prior to or during trial if circumstances warrant. Plaintiff further reserves the right to use any Exhibit identified by the Defendant and to submit additional exhibits for impeachment and/or rebuttal purposes.

Respectfully submitted,

JOLENE E. WEE, PLAN TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
        Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Plan Trustee*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December 2023, a copy of the foregoing was hand delivered to:

> Maurice B. VerStandig, Esq.
> THE BELMONT FIRM
> 1050 Connecticut Avenue, NW, Suite 500
> Washington, DC 20036


          /s/ Dylan G. Trache
          Dylan G. Trache

4864-4255-8603