# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria

Unimex Corporation  
Debtor's Name

20-12535-BFK  
Bankruptcy Case Number  
Chapter    11

Jolene E. Wee, Plan Trustee of Unimex Corporation: Plaintiff  
vs

22-01058-BFK  
Adversary Proceeding Number (if any)

## RECEIPT OF EXHIBIT(S) AND NOTICE

The undersigned deputy clerk hereby acknowledges receipt of one or more exhibits from _____ Maurice Belmont VerStandig on behalf of _____ Defendant

Under Local Bankruptcy Rule 9070-1, all exhibits must be withdrawn from the Court within 30 days after final disposition of matter for which the exhibits were filed. If the items are not withdrawn within 30 days, the Clerk of Court is directed to dispose of them without further notice.

William C. Redden, Clerk

Date: December 8, 2023     By /s/ Jillinda Glenn  
Deputy Clerk

Please sign ORIGINAL and return to Clerk. Copy is for your records. Thank you.

## ACKNOWLEDGMENT

I understand that I will be required to withdraw my exhibits within 30 days after disposition of this matter or they may be disposed without further notice.

## RETURN OF EXHIBITS

I acknowledge receipt of the exhibits as set forth on the attached list.

Date

Title

## DISPOSITION OF EXHIBITS BY CLERK OF COURT

Exhibits disposed of on _____ by _____.  
Date          Deputy Clerk