# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case |
| UNIMEX CORPORATION, | ) | No. 20-12535-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF | ) | |
| UNIMEX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 22-01058-BFK |
| | ) | |
| WEIWEI JIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF JOLENE E. WEE, PLAN TRUSTEE'S OBJECTION TO DEFENDANT'S TRIAL EXHIBITS

Plaintiff, Jolene E. Wee, Plan Trustee (the "Trustee" or "Plaintiff") for the bankruptcy estate of Unimex Corporation, by counsel, provides the following objections to Defendant's list of trial exhibits filed on December 8, 2023:

| **Exhibit** | **Description** | **Objection** |
|---|---|---|
| J | Patton Expert Report | Relevance, Hearsay, Lack of Foundation, Lack of Expert Qualification |

Respectfully submitted,

JOLENE E. WEE, PLAN TRUSTEE

By Counsel

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:    /s/ Dylan G. Trache
       Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Plan Trustee*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December 2023, a copy of the foregoing was delivered via CM/ECF to:

    Maurice B. VerStandig, Esq.
    THE BELMONT FIRM
    1050 Connecticut Avenue, NW, Suite 500
    Washington, DC 20036


    /s/ Dylan G. Trache
    Dylan G. Trache

4876-2261-6215