## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: )<br>)<br>UNIMEX CORPORATION, )<br>)<br>)<br>Debtor. )<br>_____) <br>)<br>)<br>JOLENE E. WEE, PLAN TRUSTEE OF )<br>UNIMEX CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEIWEI JIAN, )<br>)<br>Defendant. ) | Bankruptcy Case<br>No. 20-12535-BFK<br>Chapter 11<br><br><br><br><br><br><br><br><br>Adversary Proceeding No. 22-01058-BFK |

### NOTICE OF DEFAULT UNDER SETTLEMENT AGREEMENT

Plaintiff, Jolene E. Wee, Plan Trustee ("Trustee") provides this Notice of Default pursuant to that certain Settlement Agreement among the Trustee, Defendant Weiwei Jian, Buffer Zone, LLC and Gold Creek Properties (collectively, "Jian") stating to the Court as follows:

1. In March 2024, Jian and the Trustee entered into a certain Settlement Agreement, which was approved by this Court.

2. The terms of the Settlement Agreement, among other things, required Jian to make periodic payments to the Trustee in the total amount of $237,500.00.

3. Jian has failed to comply with the terms of the Settlement Agreement. The Settlement Agreement requires Jian to pay the sum of $100,000.00 on May 1, 2024 and the

---

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Trustee*

remaining $137,500.00 in monthly installments in the amount of $5,729.17 commencing on June 1, 2024.

4. The Trustee has not received the monthly installment of $5,729.17 due on June 1, 2024. The failure of Jian to make this payment within five days of its due date renders him in default under the Settlement Agreement.

5. The Trustee provides notice that should Jian fail to cure this default within thirty days of this Notice, eighteen percent (18%) will be added to the settlement payment balance and the Trustee will commence litigation to collect all sums.

Respectfully submitted,

JOLENE E. WEE, TRUSTEE

By Counsel


NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that consistent with Paragraph 18 of the Settlement Agreement, on this 12th day of June, 2024, a copy of the foregoing was delivered by email and first class mail, postage prepaid, to:

> Maurice B. VerStandig, Esq.
> The Verstandig Law Firm, LLC
> 9812 Falls Roads, #114-160
> Potomac, MD 20854
> Email: mac@mbvesq.com

      /s/ Dylan G. Trache
      Dylan G. Trache

4853-9190-3687