**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| UNIMEX CORPORATION, ) | No. 20-12535-BFK |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| ) | |
| JOLENE E. WEE, PLAN TRUSTEE OF ) | |
| UNIMEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 22-01058-BFK |
| ) | |
| WEIWEI JIAN, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Jolene E. Wee, Plan Trustee ("Trustee") by counsel, Nelson Mullins Riley & Scarborough LLP and Weiwei Jian, by counsel, The Belmont Firm, file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable here by Federal Rule of Bankruptcy Procedure 7041, hereby stipulate and agree that this adversary proceeding shall be dismissed with prejudice.

Respectfully submitted,

JOLENE E. WEE, PLAN TRUSTEE

By Counsel

~#4830-0319-6827~

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email: dylan.trache@nelsonmullins.com


By:   /s/ Dylan G. Trache
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Plan Trustee*

AND

SEEN AND AGREED:

/s/ Maurice B. VerStandig (by DGT with authority)
Maurice B. VerStandig, Va. Bar No. 81556
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Telephone: (202) 991-1101
Email: mac@dcbankruptcy.com

*Counsel to the Defendant*

~#4830-0319-6827~